IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JOHN DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:19-cv-00006-KFG |
| | § | JURY |
| STEPHEN F. AUSTIN STATE | § | |
| UNIVERSIT, STEVE | § | |
| WESTBROOK, Ed.D. IN HIS | § | |
| OFFICIAL CAPACITY | § | |
| AS INTERIM PRESIDENT, DR. | § | |
| MICHAEL WALKER, INDIVIDUALLY | § | |
| AND DR. PEGGY S. SCOTT, | § | |
| INDIVIDUALLY | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF SETTLEMENT

As directed in this Court's Order Governing Proceedings (ECF No. 13), Plaintiff notifies the Court that the matter has settled and appropriate documents will be filed as soon as possible.

Respectfully submitted,

TATE MOERER & KING, LLP

*/s/ Richard L. Tate*
**Richard L. Tate**
State Bar No. 19664460
206 South 2nd Street
Richmond, Texas 77469
E-mail rltate@tate-law.com
Tel. (713) 341-0077
Fax (713) 341-1003

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

      I certify that on May 18, 2019, a true and correct copy of the foregoing document has been forwarded to all counsel of record herein via the ECF system which will automatically serve same as identified on the Notice of Electronic Filing (NEF), to wit:

Ken Paxton
Attorney General of Texas
Benjamin S. Lyles
Assistant Attorney General
General Litigation Division
P. O. Box 12548, Capitol Station
Austin, TX  78711-2548
Tel.: (512) 463-2120
Fax: (512) 320-0667
ATTORNEYS FOR DEFENDANTS

                                                                           */s/ Richard L. Tate*
                                                                           Richard L. Tate